IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ALEJOS FRANK RODRIGUEZ | § | CASE NO. 02-80623-G3-13 |
| MARIA DE JESUS RODRIGUEZ | § | |
| | § | |
| (DEBTORS) | § | |

### CLAIM OBJECTION –FEDERICO MARQUEZ

COMES NOW, ALEJOS FRANK RODRIGUEZ and MARIA DE JESUS RODRIGUEZ, the debtors herein and files their objection to the proof of claim of Federico Marquez. and would show as follows:

1.  The claim of Federico Marquez is misclassified as a priority claim.

2.  The claim is properly classified as an unsecured claim.

3.  An affidavit to support the motion is attached.

WHEREFORE, ALEJOS FRANK RODRIGUEZ and MARIA DE JESUS RODRIGUEZ pray that the Court disallow the claim as a priority claim and allow the claim as an unsecured claim.

Respectfully submitted,

/s/ Jeffrey P. Norman
Jeffrey P. Norman
SBOT #15080700/I.D. #6375
17214 Mercury Drive
Houston, Texas 77058
281/488-6656 Telephone
281/488-8006 Telefax
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Claim Objection has been served on the following party at the address indicated by deposit in the United States Mail, First Class postage prepaid on this the 16th day of April, 2003.

ALEJOS FRANK RODRIGUEZ
MARIA DE JESUS RODRIGUEZ
2800 Virginia Street
League City, TX 77573


Federico Marquez
Willette & Guerra, L.L.P.
3505 Boca Chica Blvd. #460
Brownsville, TX 78521


William Heitkamp
Chapter 13 Trustee
9821 Katy Freeway  #590
Houston, TX  77024


United States Trustee
515 Rusk Ave   #3516
Houston, TX  77002


        /s/Jeffrey P. Norman_____
        Jeffrey P. Norman
        ATTORNEY FOR DEBTOR