IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| ALEJOS FRANK RODRIGUEZ | § | CASE NO: 02-80623-G3-13 |
| MARIA DE JESUS RODRIGUEZ | § | (Chapter 13) |
| | § | |
| DEBTORS | § | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

On this day appeared the Debtors, ALEJOS FRANK RODRIGUEZ and MARIA DE JESUS RODRIGUEZ who being duly sworn did testify. "Based on information and belief the claim of Federico Marquez is an unsecured claim.

Dated: April 18, 2003

/s/ Alejos Frank Rodriguez_____
ALEJOS FRANK RODRIGUEZ


/s/ Maria De Jesus Rodriguez__ _____
MARIA DE JESUS RODRIGUEZ

Sworn to before me by ALEJOS FRANK RODRIGUEZ and MARIA DE JESUS RODRIGUEZ, Debtors, on this the 18 day of April 2003.


/s/ Mary B. Nolin_____
Notary Public

MN/C/Client.Rodriguez.Affidavit